# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALEJANDRO F. GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>M.D. BITER, Warden,<br><br>　　　　　　Respondent. | Case No. LACV 17-0570-CJC (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

To the extent Petitioner alleges in the Objections that he "did not have an interpreter [] at any court date" (Objections at 23), his claim lacks merit. During some court proceedings, Petitioner shared the serves of an interpreter with another co-defendant. (Petition, Exh. B. at 2-3; 2 RT at B-16; 2 CT at 705, 722, 737, 761, 772.) At a hearing on May 7, 2010, the trial court stated for the record that, except for Petitioner's arraignment, there had "always been someone up until [that day] to assist" Petitioner. (Petition, Exh. B. at 3-4; 2 RT at B-17.) At that hearing, because the record showed Petitioner did not have an interpreter during his arraignment, he was rearraigned with the serves of an interpreter. (Petition, Exh. B. at 4-6; 2 RT at B-17-B18.) From that date on, Petitioner was routinely afforded the services of an interpreter throughout the trial

| | |
|---|---|
| 1 | court proceedings. (5 CT at 705, 713, 718, 722, 737, 749, 755, 761, 767, 772, 783, 791-92, 804, |
| 2 | 810, 816, 822, 828, 835, 842; 6 CT at 954, 960, 971, 1092, 1094, 1120.) Petitioner's Objections |
| 3 | otherwise lack merit for the reasons stated in the Report and Recommendation. |
| 4 | Accordingly, IT IS ORDERED THAT: |
| 5 | 1. The Report and Recommendation is approved and accepted; |
| 6 | 2. Judgment be entered denying the Petition and dismissing this action with |
| 7 | prejudice; and |
| 8 | 3. The Clerk serve copies of this Order on the parties. |

DATED: March 27, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE