JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALEJANDRO F. GARCIA,<br><br>                Petitioner,<br><br>        v.<br><br>M.D. BITER, Warden,<br><br>                Respondent. | Case No. LACV 17-0570-CJC (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 27, 2020

                                                  HONORABLE CORMAC J. CARNEY
                                                  UNITED STATES DISTRICT JUDGE